**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,<br>Plaintiff(s),<br>v.<br>UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, Nevada State Director of the Bureau of Land Management,<br>Defendant(s). | Case # 3:26-cv-00896<br><br>**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Jessica L. Blome, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

GREENFIRE LAW, PC
(firm name)

with offices at 2748 Adeline Street, Suite A,
(street address)

Berkeley, California, 94703,
(city) (state) (zip code)

(510) 900-9502, jblome@greenfirelaw.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Wild Horse Education to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

3. That since June 1, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri Bar | September 12, 2007 | 59710 |
| United States Supreme Court | September 10, 2021 | |
| District Court, Northern District of California | | |
| District Court, Eastern District of Florida | | |
| District Court, Western District of Missouri | | |
| District Court, Western District of New York | | |
| Court of Appeals: First, Eighth, Ninth, Tenth, Circ. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Missouri Bar Association
California Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| August 1, 2023 | 3:22-cv-00372-LRH | U.S. District Court | Granted |
| December 4, 2023 | 3:23-cv-00505-ART | U.S. District Court | Granted |
| January 13, 2025 | 2:24-cv-02399-BNW | U.S. District Court | Granted |
| March 27, 2025 | 3:25-cv-00152- MMD | U.S. District Court | Granted |
| October 31, 2025 | 3:25-cv-00577- ART | U.S. District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF California )
)
COUNTY OF Alameda )

Jessica L. Blome, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

12th day of November, 2026.

Notary Public or Clerk of Court

MARIA LEONOR TUNGOHAN
Notary Public - California
Alameda County
Commission # 2475623
My Comm. Expires Dec 15, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Brent M. Resh (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

2401 La Solana Way, (street address)

Las Vegas (city), Nevada (state), 89102 (zip code),

(702) 781-6903 (area code + telephone number), brent@brentreshlaw.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Brent M. Resh as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

Laura Leigh, Ind. and as President of WHE
(type or print party name, title)

(party's signature)

Tammi Adams
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

14940 brent@brentreshlaw.com
Bar number Email address

APPROVED:

Dated: this 19th day of November, 2026.

UNITED STATES DISTRICT JUDGE



Rev. 5/16

# ATTACHMENT 1

## STATEMENT OF ADDITIONAL APPLICATIONS

| Date of Application | Cause | Tite of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/12/2026 | 3:26-CV-00423-MMD-CSD | U.S District Court | Granted |

# ATTACHMENT 2

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 5/15/2026

**LICENSEE NAME:** Jessica Lynn Blome

**LICENSEE BAR NUMBER:** 314898

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/1/2017

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Jessica Lynn Blome's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# *The Supreme Court of Missouri*

## *Certificate of Admission as an Attorney at Law*

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

## *Jessica Lynn Blome*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of May, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

BRENT M. RESH
(Nevada Bar No. 14940)
BRENT RESH LAW, PLLC
2401 La Solana Way
Las Vegas, NV 89102
(702) 781-6903
brent@brentreshlaw.com

JESSICA L. BLOME
(California Bar No. 314898, pro hac vice application pending)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502
jblome@greenfirelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILD HORSE EDUCATION, a non-profit corporation, LAURA LEIGH, individually and on behalf of WILD HORSE EDUCATION, TAMMI ADAMS, individually and on behalf of WILD HORSE EDUCATION,

Petitioners,

v.

UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF LAND MANAGEMENT, BILL GROFFY, Principal Deputy Director and Acting Director of the Bureau of Land Management, and JUSTIN ABERNATHY, Nevada State Director of the Bureau of Land Management,

Respondents,

Case No. 3:26-cv-00896

**DECLARATION OF JESSICA L. BLOME IN SUPPORT OF GREENFIRE LAW, PC'S PETITION FOR PERMISSION TO PRACTICE IN THIS CASE PRO HAC VICE**

I, Jessica L. Blome, declare that if called as a witness in this action I would competently testify of my own personal knowledge, as follows:

1. I am an attorney and co-owner of the law firm Greenfire Law PC, counsel for Plaintiffs in the above-titled action. I reside in California, with my place of work located in Berkeley, California.

2. Greenfire Law, PC is a public interest law firm which specializes in wild horse regulation and litigation.

3. As detailed in the accompanying petition, I was admitted to the State Bar of California in 2017 and am an active member in good standing.[1] I also am admitted to practice in the State of Missouri (2007) and various federal district courts, as well as the United States First, Fifth, Eighth, Ninth, Tenth and Eleventh Circuit Courts of Appeals.

4. I am not admitted to practice before the State Bar of Nevada, and consequently, am unable to be admitted permanently to practice before the District Court of Nevada.

5. I do not regularly engage in the practice of law or other business in the State of Nevada. I exclusively represent Wild Horse Education, its president, members, and supporters in litigation challenging the U.S. Bureau of Land Management's decisions implementing the Wild & Free Roaming Horses & Burros Act, which are federal claims.

6. Local Rule 11-2(f), which addresses pro hac vice petitions, presumes that in civil cases, more than five appearances by an out-of-state attorney is excessive; however, this presumption can be overcome with a showing of special circumstances and good cause. Nev. Dist. Ct. LR IA 11-2(f).

7. Greenfire Law PC is a California law firm that represents individuals and nonprofit organization in cases involving animal law and/or environmental issues. Most of the firm's cases are litigated in California courts (state and federal); however, the firm has represented clients pro hac vice in other jurisdictions, where appropriate.

---

[1] I also have been admitted to the State Bar of Georgia and am an inactive member in good standing with this Bar.

8. As addressed below, special circumstances and good cause exist to grant my petition in the above-captioned case because (a) Greenfire Law PC has a long-term relationship with each of the Plaintiffs, (b) the case involves only federal law, (c) local counsel lack expertise in the applicable law and issues, (d) the case is related to previous litigation before the Court, and (e) granting the petition will not interfere with the orderly administration of justice.

<u>Pre-Existing Relationship</u>

9. Plaintiffs consist of individuals and non-profit organizations that have an interest in and advocate for the lawful management and humane handling of wild horses on public lands, including in the Pancake and Callaghan Complexes.

10. Plaintiffs have a long-term client relationship with Greenfire Law PC, with each Plaintiff having retained the firm since 2022 to handle various litigation matters involving wild horses on public lands, many of which (but not all) are located in Nevada, Eastern California, Montana, and Oregon.

<u>Federal Law</u>

11. Plaintiffs bring this case to challenge the Jackson Mountains Herd Management Area Plan because it violates the Federal Land Policy and Management Act (FLPMA), 43 U.S.C. § 1701 et seq., Wild Free-Roaming Horses and Burros Act (WHA), 16 U.S.C. § 1331, et seq., the National Environmental Policy Act (NEPA), 42 U.S.C. § 4321 et seq., and the Administrative Procedure Act (APA), 5 U.S.C. § 551 et seq. Plaintiffs file this Complaint for Injunctive and Declaratory Relief to prevent BLM from implementing sterilization procedures and future gathers in the Jackson Mountains HMA based on the 2026 HMAP and the incorporated-by-reference 2021 Gather Plan until Defendants have complied with the WHA and its implementing regulations, NEPA, and the APA. The case involves only federal law – no state law is at issue.

<u>Expertise</u>

12. Greenfire Law, PC has expertise in cases involving the WHA, having represented clients in such matters before district courts in California, Nevada, Montana, and Oregon, as well as before the Ninth Circuit Court of Appeals. Greenfire Law, PC also has been employed to assist clients with public comments made to the Bureau of Land Management (BLM) in response to

NEPA environmental reviews that address wild horses, as well as to assist clients with filings before the U.S. Interior Board of Land Appeals. I have personally participated in each of these cases.

13. Based upon experience, I have developed legal expertise and knowledge regarding the WHA, as well as the policies and practices of BLM as regards management of lands upon which wild horses reside. The number of firms with similar expertise that represent plaintiffs is small. We are aware of a three nationally; none of these firms are based in Nevada, and only one is located in the Western United States.

14. If Plaintiffs in this case were forced to choose only an in-state attorney to represent their interests, they would be severely prejudiced by having to select an attorney without the requisite expertise and knowledge necessary to litigate for the protection of these interests.

Related Case

15. As detailed in the accompanying petition, the District Court of Nevada has previously granted more than seven pro hac vice petitions for attorneys associated with Greenfire Law, PC since 2021. Some of those cases have since resolved, and the parties are negotiating settlement in another. Still one more is on appeal to the U.S. Court of Appeals for the Ninth Circuit.

16. None of these cases were filed before the District Court of Nevada to improperly forum shop. Each of these cases involved only federal law and were filed before the District of Nevada based on the defendants' contacts with the State.

17. One of the five cases, *Animal Wellness Action v. BLM* (3:22-cv-00034), challenged BLM's handling of wild horses in the Pancake Complex, which is located 30 miles east of Ely, Nevada.[2] It resolved with Chief Judge Miranda Du compelling BLM to prepare and approve a Herd Management Area Plan (HMAP) for the Pancake Complex and vacating the challenged gather plan. The current case involves the **same Plaintiffs**, **same defendant agency – BLM** as in *Animal Wellness Action.*

[2] Plaintiffs filed a Notice of Related Case on October 21, 2025. Dkt. 4.

Administration of Justice

18. "A defendant's right to the counsel of his choice includes the right to have an out-of-state lawyer admitted pro hac vice." *United States v. Ries*, 100 F.3d 1469, 1471 (9th Cir. 1996) (quoting *United States* v. *Lillie,* 989 F.2d 1054, 1056 (9th Cir. 1993)).

19. Denial of a pro hac vice application may be warranted, however, where the evidence indicates the applicant may interfere with the Court's orderly administration of justice by, for example, not agreeing to follow the Court's rules and procedures. *See United States v. United States Dist. Court for the Dist. of Nev. (In re United States)*, 791 F.3d 945, 955-57 (9th Cir. 2015); *Ries*, 100 F.3d at 1471.

20. On behalf of the attorneys at Greenfire Law, PC, including myself, I agree to comply with the Nevada District Court's rules and procedures; I agree to comply with the standards of professional conduct required of the members of the State Bar of Nevada.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this November 17, 2026

*/s/ Jessica L. Blome*
Jessica L. Blome